

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00353-CV

| | | |
|---|---|---|
| MIGUEL MARTINEZ, Appellant | § | On Appeal from the 325th District Court |
| | § | of Tarrant County (325-640054-18) |
| V. | § | December 29, 2022 |
| LILIA MARTINEZ, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Miguel Martinez shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth